

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

VERNON E. GILLUM, JR., RUSSELL C. )
GURGANUS & GERALDINE TAYLOR, )
individually and on behalf of all others similarly )
situated, )
  )
    Plaintiffs, )
  )
v. ) Civil Action No. 3:10-cv-585-HEH
  )
KROGER LIMITED PARTNERSHIP I, )
  )
    Defendant. )

## CONSENT ORDER

~~AND NOW,~~ Upon consideration of the parties' Joint Motion for Approval of Settlement Agreement, it is hereby ORDERED that the Motion is GRANTED and that the Settlement Agreement is APPROVED as fair and adequate. It is further ORDERED that Plaintiffs' Complaint is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction for purposes of resolving any disputes that may arise in carrying out the terms of the Settlement Agreement.

This __27__ day of __May__, 20__11__.

                                                                     /s/_____
                                                     United States District Court Judge

THE PARTIES HEREBY STIPULATE AND CONSENT TO THE ENTRY OF THIS ORDER:

ON BEHALF OF ALL PLAINTIFFS

*/s/ Allen Schreiber*

A. Allen Schreiber (VSB No. 79397)
Joanna L. Suyes (VSB No. 74226)
Marks & Harrison, P.C.
1500 Forest Ave., Suite 100
Richmond, Virginia 23229
Telephone: 804.282.0999
Facsimile: 804.288.1330
*aschreiber@marksandharrison.com*
*jsuyes@marksandharrison.com*

Attorneys for Plaintiffs

ON BEHALF OF KROGER LIMITED PARTNERSHIP I

*/s/*

James P. Naughton (VSB No. 25923)
Hunton & Williams LLP
500 East Main Street, Suite 1000
Norfolk, Virginia 23510
Telephone: 757.640.5300
Facsimile: 757.625.7720
*jnaughton@hunton.com*

J. Fielding Douthat, Jr. (VSB No. 46812)
Ryan A. Glasgow (VSB No. 71023)
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23226
Telephone: 804.788.8200
Facsimile: 804.788.8218
*fdouthat@hunton.com*
*rglasgow@hunton.com*

Attorneys for Kroger Limited Partnership I